## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES DALTON BELL,                )
                                  )
            Petitioner,           )    Civil Action No. 08-2
                                  )
        v.                        )    Judge Fischer
                                  )    Magistrate Judge Caiazza
UNITED STATES OF AMERICA,         )
*et al.*,                         )
                                  )
            Respondents.          )

## MEMORANDUM ORDER

James Dalton Bell's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 was received by the Clerk of Court on January 2, 2008, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on February 8, 2008, recommended that the Petition for Writ of Habeas Corpus filed by Petitioner Bell be dismissed.  The parties were allowed ten days from the date of service to file objections.  Bell filed objections on February 27, 2008 (Doc. 9).

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 13th day of March, 2008,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas

Corpus filed by James Dalton Bell Pace is dismissed.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 8), dated February 8, 2008, is adopted as the opinion of the court.

s/Nora Barry Fischer
Nora Barry Fischer
U.S. District Court Judge

cc:

JAMES DALTON BELL , 26906-086
USP Tuscon
PO Box 24550
Tucson, AZ 85734